Case 2:25-cv-00017-RFB-EJY   Document 23   Filed 04/25/25   Page 1 of 2

**THIERMAN BUCK**
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
325 W. Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax (775) 703-5027

*Attorneys for Plaintiff
and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ATAVIAOUS WILLIAMS, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>THE HERTZ CORPORATION; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 2-25-cv-00017-RFB-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION AND CORRESPONDING EXTENSION OF TIME FOR DEFENDANT'S REPLY AND [PROPOSED] ORDER THEREON**<br><br>**(First Request)** |

Plaintiff ATAVIAOUS WILLIAMS ("Plaintiff"), by and through her counsel of record THIERMAN BUCK, and Defendant THE HERTZ CORPORATION ("Defendant", collectively the "Parties"), by and through their counsel of record, BROWNSTEIN HYATT FARBER SCHREK, LLP and WINSTON & STRAWN LLP, hereby stipulate and request a seven-calendar day extension of time, up to and including Friday, May 16, 2025, for Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or, in the alternative, to Compel Arbitration. (ECF No. 20) and a corresponding seven-calendar day extension of time, up to and including Friday, May 30, 2025, for Defendant's Reply in support of Defendant's Motion for Summary Judgment,

or, in the alternative, to Compel Arbitration. (ECF No. 20).

This is Plaintiff's first request for an extension of time to file her Opposition.

Plaintiff requests this extension of time in order to review Defendant's responses to Plaintiff's written discovery responses, as well as to accommodate attorney and staff previously planned absences. This Stipulation is made in good faith and not for the purposes of undue burden or delay.

Dated: April 24, 2025

THIERMAN BUCK

/s/ Leah L. Jones
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
325 W. Liberty St.
Reno, Nevada 89501

*Attorneys for Plaintiff
and the Putative Classes*

Dated: April 24, 2025

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Tristan R. Kirk
Travis S. Chance, Nev. Bar No. 13800
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

WINSTON & STRAWN LLP
Laura R. Petroff, *Pro Hac Vice*
Tristan R. Kirk, *Pro Hac Vice*
333 S. Grant Avenue, 38th Floor
Los Angeles, CA 90071-1543

*Attorneys for Defendant The Hertz Corporation*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: This 25th day of April, 2025.

- 2 -
STIPULATION FOR EXTENSION OF TIME AND [PROPOSED] ORDER FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, IN ALTERNATIVE COMPEL ARBITRATION AND CORRESPONDING EXTENSION OF TIME FOR DEFENDANT'S REPLY