**THIERMAN BUCK**
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
325 W. Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax (775) 703-5027

*Attorneys for Plaintiff*
*and the Putative Classes*

**WINSTON & STRAWN LLP**
Tristan R. Kirk, admitted P*ro Hac Vice*
tkirk@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA  90071-1543
Telephone:  213.615.1700
Facsimile:  213.615.1750

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
Travis F. Chance, Nevada Bar No. 13800
tchance@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone:    702.382.2101
Facsimile:    702.382.8135

*Attorneys for Defendant*
*THE HERTZ CORPORATION*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ATAVIAOUS WILLIAMS, on behalf of herself and all other similarly situated individuals,

        Plaintiff,

  vs.

THE HERTZ CORPORATION; and DOES 1 through 50, inclusive,

        Defendant(s).

Case No.: 2-25-cv-00017-RFB-EJY

**STIPULATION AND REQUEST AND PROPOSED ORDER SETTING SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE YOUCHAH**

      Pursuant to Federal Rule of Civil Procedure ("FRCP") 16 and Local Rules ("LR") IB 1-7(b) and 16-5, Plaintiff ATAVIAOUS WILLIAMS ("Plaintiff"), by and through her counsel of record THIERMAN BUCK, and Defendant THE HERTZ CORPORATION ("Defendant", collectively the "Parties"), by and through its counsel of record, BROWNSTEIN HYATT FARBER SCHREK, LLP and WINSTON & STRAWN LLP, hereby respectfully request that

*THIERMAN BUCK*
*325 West Liberty Street*
*Reno, NV 89501*
*Tel: (775) 284-1500 / Fax: (775) 703-5027*
*Email: info@thiermanbuck.com / Website: www.thiermanbuck.com*

**THIERMAN BUCK**
325 West Liberty Street
Reno, NV 89501
Tel: (775) 284-1500 / Fax: (775) 703-5027
Email: info@thiermanbuck.com / Website: www.thiermanbuck.com

this Honorable Court schedule a settlement conference with Magistrate Judge Youchah on September 15, 2026, as well as set a briefing schedule for the Parties' respective settlement statements.

WHEREAS, the Parties believe that a settlement conference conducted by Magistrate Judge Youchah would be beneficial and may result in a resolution of this matter.

WHEREAS, the Parties have engaged in preliminary settlement discussions but believe the involvement of a neutral settlement judge will facilitate further productive negotiations.

WHEREAS, the Parties are also available for a settlement conference on September 22 and 24, 2026, in the event that either of these dates is more convenient for the Court.

WHEREAS, the Parties understand mandatory personal attendance of the parties with full authority apply, and agree, upon approval of the Court, that Defendant The Hertz Corporation's

/ / /

/ / /

/ / /

STIPULATION AND REQUEST AND PROPOSED ORDER SETTING SETTLEMENT CONFERENCE
WITH MAGISTRATE JUDGE YOUCHAH

**THIERMAN BUCK**
325 West Liberty Street
Reno, NV 89501
Tel: (775) 284-1500 / Fax: (775) 703-5027
Email: info@thiermanbuck.com / Website: www.thiermanbuck.com

representative may attend via Zoom or other remote means because she is located in Florida.

Respectfully Submitted.

Dated:  May 21, 2026

THIERMAN BUCK

/s/ Leah L. Jones
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
*Attorneys for Plaintiff
and the Putative Classes*

Dated:  May 21, 2026

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Tristan R. Kirk
Travis S. Chance, Nev. Bar No. 13800

WINSTON & STRAWN LLP
Tristan R. Kirk, *Pro Hac Vice*
*Attorneys for Defendant The Hertz Corporation*

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the Parties' Stipulation and Request for a Settlement Conference is GRANTED.

**IT IS FURTHER ORDERED** that the Court will issue a separate Order setting the settlement conference.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  May 22, 2026